MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Division of Law
124 Halsey Street
P.O. Box 45029
Newark, New Jersey 07101
Attorney for Defendants
   *Matthew Platkin, Attorney General of New Jersey, and*
   *Colonel Patrick J. Callahan, Superintendent of New Jersey State Police*

By:   Jonathan B. Mangel (281382018)
      Deputy Attorney General
      609-696-5216
      Jonathan.Mangel@law.njoag.gov

**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID PADUA; MICHAEL GLENN; BRIAN WEBER; ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.; SECOND AMENDMENT FOUNDATION; SAFARI CLUB INTERNATIONAL; NEW JERSEY FIREARM OWNERS SYNDICATE; AMERICAN SUPPRESSOR ASSOCIATION; and NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>      Plaintiffs,<br><br>      v.<br><br>MATTHEW PLATKIN, in his official capacity as Attorney General of New Jersey, and COLONEL PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>      Defendants. | Hon. Karen M. Williams, U.S.D.J.<br>Hon. Matthew J. Skahill, U.S.M.J.<br><br>Civil Action No.: 1:25-cv-13527<br><br><u>Civil Action</u><br><br>**ANSWER TO COMPLAINT WITH AFFIRMATIVE DEFENSES ON BEHALF OF DEFENDANTS MATTHEW PLATKIN AND COLONEL PATRICK J. CALLAHAN** |

Defendants Attorney General Matthew Platkin and Superintendent Colonel Patrick J. Callahan, hereinafter referred to as "Defendants," by and through the undersigned counsel, hereby respond to the allegations set forth in Plaintiffs' Complaint as follows:

## INTRODUCTION

1.    Defendants refer the Court to the actual text of the amendment cited for a true and accurate account of its content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

2.    The allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

3.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 3.

4.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations in paragraph 4.

5.    Defendants refer the Court to the actual text of the brief cited for a true and accurate account of its content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

6.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6.

7.    The allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

8.    Defendants refer the Court to the actual text of the case cited for a true and accurate account of its content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

9.     Defendants refer the Court to the actual text of the cases cited for a true and accurate account of their content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

10.     Defendants refer the Court to the actual text of the statutes cited for a true and accurate account of their content and proper context. The remaining allegations are not factual assertions, but conclusions of law, to which no response is required.

11.     Defendants deny that the State of New Jersey is violating the constitutional rights of its residents. Defendants refer the Court to the actual text of the constitutional amendment and case cited for a true and accurate account of their content and proper context. The remaining allegations are not factual assertions, but conclusions of law, to which no response is required.

12.     Defendants refer the Court to the actual text of the cases cited for a true and accurate account of their content and proper context. The remaining allegations are not factual assertions, but conclusions of law, to which no response is required.

13.     The allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

## JURISDICTION AND VENUE

14.     Defendants refer the Court to the actual text of the statutes cited for a true and accurate account of their content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

15.     Defendants refer the Court to the actual text of the statutes cited for a true and accurate account of their content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

16.     Defendants refer the Court to the actual text of the statutes cited for a true and accurate account of their content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

## PARTIES

### Plaintiffs

17.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 17.

18.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 18.

19.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 19.

20.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 20. The capacity in which ANJRPC brings this action and the alleged harms suffered by ANJRPC's members and the Individual Plaintiffs are not factual assertions, but conclusions of law, to which no response is required.

21.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 21. The capacity in which SAF brings this action and the alleged harms suffered by SAF's members and the Individual Plaintiffs are not factual assertions, but conclusions of law, to which no response is required.

22.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 22. The capacity in which SCI brings this action and the alleged harms suffered by SCI's members and the Individual Plaintiffs are not factual assertions, but conclusions of law, to which no response is required.

23.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 23. The capacity in which NJFOS brings this action and the alleged harms suffered by NJFOS's members and the Individual Plaintiffs are not factual assertions, but conclusions of law, to which no response is required.

24.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 24. The capacity in which ASA brings this action and the alleged harms suffered by ASA's members and the Individual Plaintiffs are not factual assertions, but conclusions of law, to which no response is required.

25.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 25. The capacity in which NRA brings this action and the alleged harms suffered by NRA's members and the Individual Plaintiffs are not factual assertions, but conclusions of law, to which no response is required.

26.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 26.

27.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 27.

28.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 28.

**<u>Defendants</u>**

29.     Defendants refer the Court to the actual text of the statute cited for a true and accurate account of its content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required. To the extent a

response is required, Defendants admit that Defendant Matthew Platkin is the Attorney General of New Jersey.

30.    The allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.  To the extent a response is required, Defendants admit that Defendant Colonel Patrick J. Callahan is the Superintendent of the New Jersey State Police and that the New Jersey State Police provide general police services.

## FACTUAL ALLEGATIONS

31.    Defendants refer the Court to the actual text of the statute cited for a true and accurate account of it content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

32.    Defendants refer the Court to the actual text of the statute cited for a true and accurate account of its content and proper context.

33.    Defendants refer the Court to the actual content of the YouTube video, case, and law review article cited for a true and accurate account of their content and proper context. Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 33.

34.    Defendants refer the Court to the actual text of the statute cited for a true and accurate account of its content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

35.    Defendants refer the Court to the actual text of the statute cited for a true and accurate account of its content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

36.     Defendants refer the Court to the actual text of the statutes cited for a true and accurate account of their content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

37.     Defendants refer the Court to the actual text of the case cited for a true and accurate account of its content and proper context.

38.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 38.

39.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 39. Defendants refer the Court to the actual text of the patent and law review article cited for a true and accurate account of their content and proper context.

40.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 40. Defendants refer the court to the actual text of the article cited for a true and accurate account of its content and proper context.

41.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 41.

42.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 42. Defendants refer the Court to the actual text of the document cited for a true and accurate account of its content and proper context.

43.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 43. Defendants refer the Court to the actual text of the study cited for a true and accurate account of its content and proper context.

44.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 44.

45.     Defendants refer the Court to the actual text of the statutes cited for a true and accurate account of their content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

46.     Defendants refer the Court to the actual text of the law review article cited for a true and accurate account of its content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required. To the extent such allegations are understood as factual assertions, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46.

47.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 47. Whether or not firearm suppressors are "required under the Second Amendment" is a conclusion of law, to which no response is required.

48.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 48. Defendants refer the Court to the actual text of the websites cited for a true and accurate account of their content and proper context.

49.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 49. Defendants refer the Court to the actual text of the document cited for a true and accurate account of its content and proper context.

50.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 50. Defendants refer the Court to the actual text of the reports cited for a true and accurate account of their content and proper context.

51.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 51. Defendants refer the Court to the actual text of the articles cited for a true and accurate account of their content and proper context.

52.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 52. Defendants refer the Court to the actual text of the article cited for a true and accurate account of its content and proper context.

53.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 53. Defendants refer the Court to the actual text of the article and statute cited for a true and accurate account of their content and proper context.

54.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 54. Defendants refer the Court to the actual text of the law review article and website article cited for a true and accurate account of their content and proper context.

55.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 55. Defendants refer the Court to the actual text of the website and article cited for a true and accurate account of their content and proper context.

56.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 56. Defendants refer the Court to the actual text of the websites cited for a true and accurate account of their content and proper context.

57.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 57. Defendants refer the Court to the actual text of the article cited for a true and accurate account of its content and proper context.

58.    Defendants refer the Court to the actual text of the white paper cited for a true and accurate account of its content and proper context.

59.    Defendants refer the Court to the actual text of the white paper cited for a true and accurate account of its content and proper context.

60.    Defendants refer the Court to the actual text of the brief cited for a true and accurate account of its content and proper context.

61.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 61. Defendants refer the Court to the actual text of the document cited for a true and accurate account of its content and proper context.

*** 

62.    The allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

63.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 63. Defendants refer the Court to the actual text of the law review article for a true and accurate account of its content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

## II.    THE EFFECTS ON THE INDIVIDUAL PLAINTIFFS.

64.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 64.

65.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 65.

66.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 66.

67.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 67.

68.     The allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

69.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 69.

70.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 70.

71.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 71.

72.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 72.

73.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 73.

74.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 74.

75.     The allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

76.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 76.

77.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 77.

78.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 78.

79.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 79.

80.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 80.

81.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 81.

82.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 82.

83.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 83.

84.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 84.

85.     The allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

86.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 86.

## **COUNT ONE**

**42 U.S.C. § 1983—Deprivation of Plaintiffs' and their Members' Rights under the Second and Fourteenth Amendments of the United States Constitution.**

87.     Defendants hereby repeat and reassert their answers to the previous paragraphs as if set forth fully herein.

88.     Defendants refer the Court to the actual text of the constitutional amendment cited for a true and accurate account of its content and proper context.

89.     Defendants refer the Court to the actual text of the case cited for a true and accurate account of its content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

90.     Defendants refer the Court to the actual text of the cases cited for a true and accurate account of their content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

91.     Defendants refer the Court to the actual text of the case cited for a true and accurate account of its content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

92.     The allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

93.     Defendants refer the Court to the actual text of the statute and case referenced for a true and accurate account of their content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

94.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 94.

95.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the factual allegations in paragraph 95. The capacity in which the organizational plaintiffs bring this action is not a factual assertion, but a conclusion of law, to which no response is required.

96.     Defendants refer the Court to the actual text of the statute cited for a true and accurate account of its content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required.

97.    Defendants refer the Court to the actual text of the statute referenced for a true and accurate account of its content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 97.

98.    Defendants refer the Court to the actual text of the statute and constitutional amendments referenced for a true and accurate account of their content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 98.

99.    Defendants refer the Court to the actual text of the statute and constitutional amendments referenced for a true and accurate account of their content and proper context. The remaining allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 99.

100.    Defendants refer the Court to the actual text of the constitutional amendments referenced for a true and accurate account of their content and proper context. The allegations in this paragraph are not factual assertions, but conclusions of law, to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 100.

**PRAYER FOR RELIEF**

**WHEREFORE**, Defendants demand judgment dismissing Plaintiffs' Complaint with prejudice, together with costs of suit.

Defendants deny that Plaintiffs' constitutional rights have been violated. Defendants deny that Plaintiffs are entitled to any relief from Defendants, including a declaratory judgment and/or

injunctive relief, attorney's fees, expert fees, and costs, or any other relief demanded by Plaintiffs. Defendants also deny that the scope of the allegations contained in Plaintiffs' Complaint extend beyond N.J. Stat. Ann.§ 2C:39-3(c).

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendants have not deprived Plaintiffs of any right, privilege, or immunity secured to them by the United States Constitution or any Act of Congress.

### SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against Defendants upon which relief may be granted.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs do not have standing with respect to the allegations in the Complaint.

### FOURTH AFFIRMATIVE DEFENSE

The claims asserted in Plaintiffs' Complaint are not ripe for adjudication.

### FIFTH AFFIRMATIVE DEFENSE

The conduct that is regulated by the challenged New Jersey law is not protected by the Second Amendment.

### SIXTH AFFIRMATIVE DEFENSE

The challenged New Jersey law does not violate the Second Amendment because suppressors are not "Arms" within the meaning of the Second Amendment's plain text and are not protected by the Second Amendment.

### SEVENTH AFFIRMATIVE DEFENSE

The challenged New Jersey law does not violate the Second Amendment because it is consistent with this Nation's historical tradition of firearm regulation.

### EIGHTH AFFIRMATIVE DEFENSE

Defendants reserve the right to assert each and every other separate affirmative defense that continuing investigation and discovery may indicate.

### RESERVATION OF RIGHTS

Defendants reserve the right, at or before trial, to move for summary judgment, on any appropriate grounds.

### DESIGNATION OF TRIAL COUNSEL

Please be advised that Jonathan B. Mangel, Deputy Attorney General, is hereby designated as trial counsel in this matter.

### LOCAL CIVIL RULE 11.2 CERTIFICATION

Pursuant to Local Civil Rule 11.2, I hereby certify to the best of my knowledge, information, and belief that the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.


MATHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY


By:    /s/ *Jonathan B. Mangel*
       Jonathan B. Mangel
       Deputy Attorney General


Dated:  September 2, 2025

16

## CERTIFICATE OF SERVICE

I certify that on September 2, 2025, Defendants Matthew Platkin's and Colonel Patrick J. Callahan's Answer was electronically filed with the Clerk of Court in the United States District Court for the District of New Jersey through the Court's CM/ECF system, which filing effected service upon counsel of record through the CM/ECF system.

MATHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:    /s/ *Jonathan B. Mangel*
       Jonathan B. Mangel
       Deputy Attorney General

Dated:  September 2, 2025