## UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DAVID PADUA et al., <br><br> Plaintiffs, <br><br> v. <br><br> JENNIFER DAVENPORT et al., <br><br> Defendants. | Hon. Karen M. Williams, U.S.D.J. <br> Hon. Matthew J. Skahill, U.S.M.J. <br><br> Civil Action No.: 1:25-cv-13527 <br><br> <u>Civil Action</u> <br><br> *MJ7* <br><br> [PROPOSED] ORDER SCHEDULING <br> BRIEFING ON MOTIONS FOR <br> SUMMARY JUDGMENT |

**THIS MATTER** having come before the Court by request and on consent of both Plaintiffs and Defendants;

IT IS on this _____15th_____ day of _____June_____, 2026,

**ORDERED** that the deadlines for submission of motions for Summary Judgment in this matter originally entered in this Court's order on December 10, 2025 (ECF No. 32) are hereby updated to the following:

Plaintiffs will file their Summary Judgment Motion and accompanying papers by **August 7, 2026**;

Defendants will file their Opposition to Plaintiffs' Summary Judgment Motion and their own Cross-Motion for Summary Judgment by **September 18, 2026**;

Plaintiffs will file their Reply and Opposition to Defendants' Cross-Motion by **October 30, 2026**; and

Defendants will file their Reply by **December 4, 2026**.

Should any party wish to exceed the page limits provided in the Local Rules, counsel shall seek leave from Judge Williams.

_____
Hon. Matthew J. Skahill, U.S.M.J.