Daniel L. Schmutter
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
dschmutter@hartmanwinnicki.com
*Attorneys for Plaintiffs*

David H. Thompson*
Peter A. Patterson*
Athanasia O. Livas*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C., 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
*Admitted Pro Hac Vice*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DAVID PADUA; MICHAEL GLENN; BRIAN WEBER; ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC.; SECOND AMENDMENT FOUNDATION; SAFARI CLUB INTERNATIONAL; NEW JERSEY FIREARM OWNERS SYNDICATE; AMERICAN SUPPRESSOR ASSOCIATION; and NATIONAL RIFLE ASSOCIATION OF AMERICA;<br><br>      *Plaintiffs*,<br>v.<br><br>JENNIFER DAVENPORT, in her official capacity as Attorney General of New Jersey; and JEANNE HENGEMUHLE, in her official capacity as Superintendent of the New Jersey Police;<br><br>      *Defendants*. | No. 1:25-cv-13527-KMW-MJS<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV. P. 56**<br><br>**ORAL ARGUMENT REQUESTED** |

TO:    ANDREW HWEYOUNG YANG
       STATE OF NEW JERSEY
       OFFICE OF THE ATTORNEY GENERAL
       124 HALSEY STREET, FLOOR 5
       P.O. BOX 45029
       NEWARK, NJ 07101
       973-648-2689
       Email: andrew.yang@law.njoag.gov

COUNSEL:

**PLEASE TAKE NOTICE** that the undersigned on a date and time to be set by the Court shall move before the **Honorable Judge Karen M. Williams**., at the United States District Court, District of New Jersey, Martin Luther King Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey 07101, move for an Order granting Summary Judgment to Plaintiffs on all counts pursuant to the Federal Rules of Civil Procedure, Rule 56.

In support of this Motion, Defendants will rely on their contemporaneously filed Brief, Statement of Undisputed Material Facts, Declaration of Counsel with Exhibits, and Declarations of Plaintiffs.

Oral argument is requested.

Dated: August 7, 2026                    Respectfully Submitted,

David H. Thompson*                       /s Daniel L. Schmutter
Peter A. Patterson*                      Daniel L. Schmutter
Athanasia O. Livas*                      HARTMAN &WINNICKI, P.C.
COOPER & KIRK, PLLC                      74 Passaic Street
1523 New Hampshire Ave., N.W.            Ridgewood, New Jersey 07450
Washington, D.C., 20036                  (201) 967-8040
Telephone: (202) 220-9600               (201) 967-0590 (fax)
Facsimile: (202) 220-9601               dschmutter@hartmanwinnicki.com
dthompson@cooperkirk.com
*Admitted Pro Hac Vice

*Attorneys for Plaintiffs*

2