Daniel L. Schmutter
HARTMAN &WINNICKI, P.C.
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040
dschmutter@hartmanwinnicki.com

*Attorneys for Plaintiffs*

David H. Thompson*
Peter A. Patterson*
Athanasia O. Livas*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C., 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
*Admitted Pro Hac Vice*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

DAVID PADUA; MICHAEL GLENN;
BRIAN WEBER; ASSOCIATION OF NEW
JERSEY RIFLE & PISTOL CLUBS, INC.;
SECOND AMENDMENT FOUNDATION;
SAFARI CLUB INTERNATIONAL;
NEW JERSEY FIREARM OWNERS
SYNDICATE;
AMERICAN SUPPRESSOR
ASSOCIATION; and NATIONAL RIFLE
ASSOCIATION OF AMERICA;

    *Plaintiffs*,

v.

JENNIFER DAVENPORT, in her official
capacity as Attorney General of New Jersey;
and JEANNE HENGEMUHLE, in her
official capacity as Superintendent of the
New Jersey Police;

    *Defendants*.

No. 1:25-cv-13527-KMW-MJS

**PROPOSED ORDER**

The above matter having been opened to the Court by the above Plaintiffs, by

and through their counsel Daniel L. Schmutter of Hartman &Winnicki, P.C., David

H. Thompson, Peter A. Patterson, and Athanasia O. Livas of Cooper & Kirk PLLC,

appearing, for an Order granting Summary Judgment pursuant to Federal Rule of Civil Procedure 56 in favor of Plaintiffs; and the Court having read and considered the papers submitted; and having heard oral argument; and for good cause shown,

IT IS on this day of _____, 2026

**ORDERED** that pursuant to Fed. R. Civ. P. 56(b), Summary Judgment is hereby granted in favor of Plaintiffs; and it is further

**ORDERED** that the ban on suppressors, N.J. Stat. Ann. § 2C:39-3(c), and all related laws, regulations, policies, and procedures, violate the right to keep and bear arms, as guaranteed under the Second and Fourteenth Amendments to the United States Constitution; and it is further

**ORDERED** that each Defendant, and each Defendant's respective employees, officers, agents, and representatives, and those acting in concert or participation, is **ENJOINED** from enforcing the New Jersey ban on suppressors, consisting of N.J. Stat. Ann. § 2C:39-3(c) and all statutes, regulations, customs, policies, and practices designed to enforce or implement the same; and it is further

**ORDERED** that Plaintiffs are prevailing parties and may recover attorneys' fees and costs pursuant to 42 U.S.C. § 1988, and any other applicable law.

_____

**Hon. Judge Karen M. Williams**

2