# Exhibit A

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>24-2415, 24-2450 & 24-2506</u>

ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.; BLAKE ELLMAN; MARC WEINBERG

v.

ATTORNEY GENERAL NEW JERSEY; SUPERINTENDENT NEW JERSEY STATE POLICE; OFFICER IN CHARGE OF THE CHESTER POLICE DEPARTMENT; CHIEF OF POLICE OF THE PARK RIDGE POLICE DEPARTMENT

MARK CHEESEMAN; TIMOTHY CONNELLY;
FIREARMS POLICY COALITION, INC.,
Appellants in No. 24-2415
(D.C. No. 1:18-cv-10507)

V.

ATTORNEY GENERAL NEW JERSEY; SUPERINTENDENT NEW JERSEY STATE POLICE; GLOUCESTER COUNTY PROSECUTOR; OCEAN COUNTY PROSECUTOR,
Appellants in No. 24-2450
(D.C. No. 1:22-cv-04360)

BLAKE ELLMAN; THOMAS R. ROGERS; ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC.; MARC WEINBERG,
Appellants in No. 24-2506

v.

ATTORNEY GENERAL NEW JERSEY; SUPERINTENDENT NEW JERSEY STATE POLICE; OFFICER IN CHARGE OF THE CHESTER POLICE DEPARTMENT; CHIEF OF THE WALL TOWNSHIP POLICE DEPARTMENT
(D.C. No. 1:22-cv-04397)

Present: CHAGARES, Chief Judge, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, MASCOTT, and SMITH, *Circuit Judges*

1. Motion filed by Appellees in 24-2415/Appellants in 24-2450 & 24-2506 Attorney General New Jersey, Prosecutor Gloucester County, Prosecutor Ocean County and Superintendent New Jersey State Police to stay mandate

Respectfully,
Clerk/JK

ORDER

The foregoing motion is granted. Issuance of this Court's mandate is stayed pending the Supreme Court's disposition of movants' anticipated petition for writ of certiorari or until the until the time for filing such a petition has expired. Should movants' anticipated petition for writ of certiorari be granted, the stay of this Court's mandate shall remain in place pending the Supreme Court's final disposition on the merits.

By the Court,

s/Arianna J. Freeman
Circuit Judge

Dated: August 4, 2026
JK/cc: All Counsel of Record